UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF COALINGA, ) | 1:05-cv-00210 OWW SMS |
| ) | |
| Plaintiff, ) | ORDER AFTER SCHEDULING |
| ) | CONFERENCE |
| v. ) | |
| ) | FURTHER SCHEDULING |
| UNION PACIFIC RAILROAD COMPANY, ) | CONFERENCE DATE: 9/30/05 |
| a Delaware corporation, formerly ) | 8:45 Ctrm. 2 |
| known as SOUTHERN PACIFIC ) | |
| TRANSPORTATION COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

I.   Date of Scheduling Conference.

June 15, 2005.

II.  Appearances Of Counsel.

Bacigalupi, Neufeld & Rowley by Craig M. Mortensen, Esq., appeared on behalf of Plaintiff.

There were no appearances by any Defendants.

III. Summary of Pleadings.

1.   This is a quite title action by the City of Coalinga to obtain clear title to a parcel of property located within city limits.  All Defendants are listed in the title report as persons with liens, encumbrances, or other interests in the subject

1

property.  Title to the subject parcel is vested in Union Pacific Railroad Company, formally known as Southern Pacific Transportation Company.

2.   Union Pacific Railroad and Southern Pacific Transportation Company (merged with UPRR) have filed a disclaimer in state court prior to removal.  Defendant Pacific Gas and Electric served a disclaimer indicating an attempted filing in state court following removal.  Defendant United States of America has filed a disclaimer in federal court.  Defendants County of Fresno, Coalinga-Huron Recreation and Park District, Standard Oil Company of California and Plaintiff have proposed to enter into a stipulated judgment protecting the tax and assessment interests of these Defendants in the subject parcel.  Defendants Southern Pacific Railroad Company, Southern Pacific Land Company, and Southern Pacific Company, all named Defendants with historic interest in the property, are now believed to be subsidiaries of Union Pacific Railroad Company.  Plaintiff has sought a declaration from UPRR confirming such.  Defendants Pleasant Valley Water District and State of California have potential interests in supplemental taxes and improvement district assessments.

3.   Service of process by notice and acknowledgment of receipt has failed with respect to Defendants Pleasant Valley Water District, State of California, and Southern Pacific Railroad Company, Land Company and Company.  Personal service of Summons and Complaint is pending against these Defendants. Plaintiff will agree to take the property subject to the current interests of Coalinga Huron Recreation and Park District, County

2

of Fresno, and Standard Oil Company of California.  It is anticipated that the remaining Defendants will disclaim or default.  Otherwise, Plaintiff will include any remaining answering Defendants in Plaintiff proposed stipulated judgment, or satisfy the interests of such Defendant by compromise.

4.   It is noted that the cause for removal of this case, namely, the protection of the interests of the United States of America, has been eliminated by disclaimer.  Instead of moving the Court to remand the matter, however, Plaintiff would prefer to proceed to stipulated judgment following appearance or default by all Defendants.

5.   The parties therefore request the Court to continue the scheduling conference to permit service and response default by all Defendants.

6.   Plaintiff has requested additional time to complete service and response or default by Defendants who are named as parties.

7.   Based on the representations of the Plaintiff that difficulty has been encountered in serving various entities of Union Pacific Railroad Company, formerly known as Southern Pacific Transportation Company, good cause appears for extending time for service of the Summons and Complaint.

8.   Plaintiff shall have through and including August 15, 2005, to effectuate service on the remaining unserved Defendants.

///
///
///
///

A further scheduling conference shall thereafter be held on September 30, 2005, at 8:45 a.m.

SO ORDERED.

DATED:   June 15, 2005.

/s/ OLIVER W. WANGER

--------------------------------
          Oliver W. Wanger
    UNITED STATES DISTRICT JUDGE

coalinga v. union pac sch con