**Bacigalupi, Neufeld & Rowley**
Craig M. Mortensen (95683)
1111 E. Herndon Ave., Ste. 219
Fresno, California 93720
Tel 559.431.6850
Fax 559.431.4216

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| City of Coalinga, | Case: |
| Plaintiff, | 1:05-CV-00210-OWW-SMS |
| v. | |
| Union Pacific Railroad Company, a Delaware Corporation, et al, | **ORDER PERMITTING SUBSTITUTE SERVICE OF PROCESS BY PUBLICATION OF SUMMONS** |
| Defendants. | |

Good cause appearing, it is ordered that service of process on Southern Pacific Railroad Company, Southern Pacific Land Company, Pleasant Valley Water District, and "All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto" shall be made by publication as provided in California Government Code §6064 pursuant to F.R.C.P. Rule 4(e)(1), that a copy of the Summons and Complaint shall be forthwith mailed to the parties or any of them if their address is ascertained before the expiration of the time prescribed for publication, and that the clerk of this court shall enter the default of any such person so served upon proper application.

August ____10__, 2005

/s/ OLIVER W. WANGER_____
Oliver W. Wanger
United States District Judge