**Bacigalupi, Neufeld & Rowley**
Craig M. Mortensen (95683)
1111 E. Herndon Ave., Ste. 219
Fresno, California 93720
Tel 559.431.6850
Fax 559.431.4216

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| City of Coalinga,<br><br>    Plaintiff,<br>v.<br><br>Union Pacific Railroad Company, a Delaware Corporation, et al,<br><br>    Defendants. | Case: 5-CV-00210-OWW-SMS<br><br>**ORDER DISMISSING DEFENDANT STATE OF CALIFORNIA** |

In accordance with the Stipulation between plaintiff City of Coalinga and Defendant State of California, it is hereby ordered that the State of California be dismissed with prejudice from this action pursuant to F.R.C.P. 41 (a) (1), both parties to bear their own costs and attorney's fees.

August __24_____, 2005        /s/ OLIVER W. WANGER_____
                                                                    Oliver W. Wanger
                                                                    United States District Judge