**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF COALINGA, | 1:05-cv-0210 OWW SMS |
| Plaintiff, | ORDER AFTER SCHEDULING CONFERENCE |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, formerly known as SOUTHERN PACIFIC TRANSPORTATION COMPANY, et al., | |
| Defendants. | |

I.  Date of Scheduling Conference.

   September 30, 2005.

II. Appearances Of Counsel.

   Bacigalupi, Neufeld & Rowley by Craig M. Mortensen, Esq., appeared on behalf of Plaintiff.

   There were no appearances by any Defendants.

III. Status of the Case.

   1.   The default of the following parties, Southern Pacific Transportation Company and three additional companies and all persons unknown, the parties are circulating a stipulated judgment which will be submitted to the court within the next

1

thirty (30) days.  Chevron/Texaco, successor to Standard Oil Company of California shall enter its notice of appearance.  It does not anticipate filing responsive pleadings and will participate in the stipulated judgment.

    2.   Counsel shall file the order for conveyance of real property sought by the action or an update on why the case has not been resolved on or before November 4, 2005.  A further scheduling conference will be scheduled at that time, if necessary.

DATED:   September 30, 2005.

/s/ OLIVER W. WANGER
_____
Oliver W. Wanger
**UNITED STATES DISTRICT JUDGE**

city of coalinga sch con