**Bacigalupi, Neufeld & Rowley**
Craig M. Mortensen (95683)
1111 E. Herndon Ave., Ste. 219
Fresno, California 93720
Tel 559.431.6850
Fax 559.431.4216

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

* * * * * * * * *

| | |
|---|---|
| City of Coalinga,<br><br>    Plaintiff,<br>v.<br><br>Union Pacific Railroad Company, a Delaware Corporation, formerly known as Southern Pacific Transportation Company; County of Fresno; Pleasant Valley Water District; Coalinga-Huron Recreation and Park District; State of California; Southern Pacific Railroad Company, a California Corporation; Southern Pacific Land Company, a Corporation; Southern Pacific Company, a Delaware Corporation; Standard Oil Company of California, a Delaware Corporation; Pacific Gas & Electric; Southern Pacific Transportation Company; the United States of America; All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or any Cloud on Plaintiff's Title Thereto; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case: 1:05-CV-00210-OWW-SMS<br><br>**STIPULATED JUDGMENT QUIETING TITLE**<br><br>**APN 900-700-12**<br>**(formerly APN 083-020-59SU)** |

The court having determined that all Defendants except Defendants Coalinga-Huron Recreation and Park District, Standard Oil Company of California, and County of Fresno have either disclaimed any interest in the subject real property, or have defaulted, and further having determined that the Defendants against whom the case is at issue and Plaintiff hereby stipulate to the entry of judgment as set forth herein, the court therefore enters judgement in favor of Plaintiff as follows:

IT IS ADJUDGED, ORDERED AND DECREED that:

1. As of October 1, 2005, Plaintiff City of Coalinga was the sole owner of the title in fee simple absolute to the real property which is the subject of this action, known as APN 900-700-12, formerly known as APN 083-020-59SU, which parcel of real property is more particularly described in Exhibit "A" attached hereto and incorporated herein as though fully set forth hereafter.

2. Plaintiff's title is subject to the following exceptions:

As to Defendant County of Fresno: Property taxes, including any personal property taxes and any assessments collected with taxes, for the fiscal year 2004-2005.

As to Defendant Coalinga-Huron Recreation and Park District: Any and all levied and unpaid assessments under the Coalinga-Huron Recreation and Park District Landscape & Lighting Maintenance District 1993-1A.

As to Defendant Standard Oil of California: Plaintiff has not made a claim for nor does Plaintiff claim any right, title or interest in the oil, gas and other minerals, including the right to mine and remove same from the subject property.

3. Defendants Union Pacific Railroad Company, a Delaware Corporation, formerly known as Southern Pacific Transportation Company; Pleasant Valley Water District; State of California; Southern Pacific Railroad Company, a California Corporation; Southern Pacific Land Company, a Corporation; Southern Pacific Company, a Delaware Corporation; Pacific Gas & Electric; Southern Pacific Transportation Company; the United States of America; and "All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or any Cloud on Plaintiff's Title Thereto", own no right, title, estate, interest, or lien, whatsoever in the subject property.

4. Plaintiff shall not recover its costs from Defendants.

(The remainder of this page, page 2, is intentionally left blank.)

Bacigalupi, Neufeld & Rowley
1111 E. Herndon Ave.
Suite 219
Fresno, CA 93720

IT IS SO STIPULATED.

October 17, 2005                     Dennis A. Marshall, County Counsel

By /s/ Bruce B. Johnson
Bruce B. Johnson, Jr., Senior Deputy County Counsel, Attorneys for Defendant County of Fresno

October 4, 2005                      Emerich & Fike

By /s/ David A. Fike
David A. Fike, Attorneys for Defendant Coalinga-Huron Recreation and Park District

October 17, 2005

/s/ Ralph E. Mayo
Ralph E. Mayo, Senior Counsel, ChevronTexaco, successor in interest to Defendant Standard Oil Company of California

October 19, 2005                     Bacigalupi, Neufeld & Rowley

By /s/ Craig M. Mortensen
Craig M. Mortensen, Attorneys for Plaintiff

IT IS SO ORDERED.

October_20__, 2005                   /s/ OLIVER W. WANGER
                                     _____
                                     Oliver W. Wanger
                                     United States District Judge